**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:                                                      **BANKRUPTCY NO.  24-02842-JAW**
**DEONTAE KAWAUN SKINNER**

**ORDER OF DISMISSAL**

     **THIS DAY,** the above-styled and numbered case came before this Court on the Trustee's Motion to Dismiss (DK #     ).  After adequate notice the debtor has failed to make payments to the Trustee as required or to file with the Clerk of this Court a written responsive pleading to the Motion.

     **IT IS, THEREFORE ORDERED** that the above Chapter 13 proceeding is hereby dismissed.

**##END OF ORDER##**

SUBMITTED BY:

/s/ Harold J. Barkley, Jr.
Harold J. Barkley, Jr. - Msb #2008
Chapter 13 Trustee
Post Office Box 4476
Jackson, Ms 39296-4476
Telephone:  601-362-6161
e-mail:  hjb@hbarkley13.com