United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 24-02842-JAW
Deontae Kawaun Skinner Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3     User: mssbad     Page 1 of 2
Date Rcvd: Jan 09, 2026     Form ID: ntcdsm     Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++++      Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Deontae Kawaun Skinner, 3622 Jefferson St., Macon, MS 39341-2287 |
| intp | + | Jasmine Foote, PO Box 103, Macon, MS 39341-0103 |
| cr | + | Standard Financial Services, PO Box 1599, Murfeesboro, TN 37133-1599 |
| 5449099 | + | Allied Interstate Llc, Po Box 361477, Columbus, OH 43236-1477 |
| 5449103 | ++++ | JASMINE FOOTE, 828 WAYNE ST, MACON MS 39341-2658 address filed with court:, Jasmine Foote, 316 N Wayne St, Macon, MS 39341 |
| 5467797 | ++++ | JUSTIN MASON, 671 E MASON DR, MACON MS 39341-7718 address filed with court:, Justin Mason, 577 Mason Dr, Macon, MS 39341 |
| 5449107 | + | Ricky Walker, P.O. Box 427, Macon, MS 39341-0427 |
| 5462477 | + | Standard Financial Services, P.O. Box 1599, Murfreesboro, TN 37133-1599 |
| 5449108 | + | Stnd Fin Srv, 6201 Epps Mill Rd, Christiana, TN 37037-5678 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5462941 | | Email/Text: bankruptcy@atmosenergy.com | Jan 09 2026 19:27:00 | ATMOS ENERGY CORPORATION, ATTN: BANKRUPTCY GROUP, PO BOX 650205, DALLAS, TX 75265-0205 |
| 5449098 | + | Email/Text: bankruptcy@acima.com | Jan 09 2026 19:27:00 | Acima Credit, 13907 Minuteman Dr, Draper, UT 84020-9869 |
| 5465777 | | Email/PDF: bncnotices@becket-lee.com | Jan 09 2026 19:26:40 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5476661 | | Email/PDF: bncnotices@becket-lee.com | Jan 09 2026 19:26:40 | American First Finance, LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 5449100 | + | Email/PDF: bncnotices@becket-lee.com | Jan 09 2026 19:26:37 | Amex, Po Box 981535, El Paso, TX 79998-1535 |
| 5468256 | | EDI: BANKAMER | Jan 10 2026 00:22:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 5449101 | | Email/Text: bankruptcy.notices@yourcnb.com | Jan 09 2026 19:27:00 | Citizens National Bank, Attn: Bankruptcy, P.O. Box 911, Meridian, MS 39302 |
| 5456401 | + | Email/Text: bankruptcy@cavps.com | Jan 09 2026 19:27:00 | Cavalry SPV I, LLC as assignee of, Department Stores National Bank/Macy's, PO Box 4252, Greenwich, CT 06831-0405 |
| 5449102 | | Email/Text: LossMitREBankruptcy@HancockWhitney.com | Jan 09 2026 19:27:00 | Hancock Whitney, Pob 4019, Gulfport, MS 39502 |
| 5458392 | | Email/Text: LossMitREBankruptcy@HancockWhitney.com | Jan 09 2026 19:27:00 | Hancock Whitney Bank, 2510 14th Street, Gulfport, MS 39501 |
| 5449105 | + | Email/Text: constance.morrow@mdhs.ms.gov | Jan 09 2026 19:27:00 | MSDHS, Attn: Constance Morrow, PO Box 352, Jackson, MS 39205-0352 |
| 5449104 | | EDI: MSDOR | Jan 10 2026 00:22:00 | Mississippi Department of Revenue, Bankruptcy |

| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 09, 2026 | Form ID: ntcdsm | Total Noticed: 26 |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  | Section-Mississippi Departmen, Revenue, PO Box 22808, Jackson, MS 39225-2808 |
| 5449106 | + | EDI: AGFINANCE.COM | Jan 10 2026 00:22:00 | One Main Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 5460830 |   | EDI: AGFINANCE.COM | Jan 10 2026 00:22:00 | OneMain Financial Group, LLC, OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 5461528 | + | Email/Text: bankruptcy@purchasingpower.com | Jan 09 2026 19:27:00 | Purchasing Power, LLC, 2727 Paces Ferry Road SE, Bldg. 2, Suite 1200, Atlanta, GA 30339-6199 |
| 5449109 | + | EDI: LCITDAUTO | Jan 10 2026 00:22:00 | Td Auto Finance, Attn: Bankruptcy, Po Box 9223, Farmington Hills, MI 48333-9223 |
| 5449110 |   | Email/Text: bk@wilkinsonlawms.com | Jan 09 2026 19:27:00 | Wilkinson Law Firm, P.O. Box 321408, Flowood, MS 39232 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | American First Finance, LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern, PA 19355-0702 |
| cr | * | Bank of America, N.A., P.O. Box 673033, Dallas, TX 75267-3033 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 11, 2026                    Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 9, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Harold J. Barkley, Jr. | on behalf of Trustee Harold J. Barkley Jr. HJB@HBarkley13.com, hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Harold J. Barkley, Jr. | HJB@HBarkley13.com  hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Deontae Kawaun Skinner trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

Form ntcdsm (Rev. 12/23)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

Case No.: 24−02842−JAW
Chapter: 13

In re:
Deontae Kawaun Skinner
aka Deontae K Skinner
3622 Jefferson St.
Macon, MS 39341

Last four digits of Social−Security or Individual Tax−Payer−Identification (ITIN) No(s)., (if any):
xxx−xx−7252

Employer Tax Identification No(s). (if any):

## Notice of Dismissal

You are hereby notified that an Order Dismissing the above case was entered on January 9, 2026.

Dated: 1/9/26

Danny L. Miller, Clerk of Court
Thad Cochran U.S. Courthouse
501 E. Court Street
Suite 2.300
Jackson, MS 39201
601−608−4600